UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**STATE FARM LLOYDS AS SUBROGEE OF MARK AND KAREN DOYLE,**

   Plaintiff,

v.                                                           No. 4:21-CV-0867-P

**APPLE INC., ET AL.,**

   Defendants.

## ORDER

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 52. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Court therefore **DENIES** Defendant Simplo Technology Co., LTD.'s motions to quash special appearance and to quash service of process. ECF No. 47.

**SO ORDERED** on this **12th day of January 2023**.

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE